

1  Robert N. Phillips, Esq. (State Bar No. 120970)
   phillipsr@howrey.com
2  Ethan B. Andelman, Esq. (State Bar No. 209101)
   andelmane@howrey.com
3  HOWREY LLP
   525 Market Street, Suite 3600
4  San Francisco, CA 904105-2708
5  Telephone: (415) 848-4900
   Facsimile: (415) 848-4999
6
7  John G. Froemming, Esq. (*pro hac vice* application to be submitted)
   froemmingi@howrey.com
8  David M. Jaquette, Esq. (*pro hac vice* application to be submitted)
   Jaquetted@howrey.com
9  HOWREY LLP
   1299 Pennsylvania Avenue, N.W.
10 Washington, D.C. 20004
   Telephone: (202) 783-0800
11 Facsimile: (202) 383-6610
12
   Attorneys for Plaintiffs
13
14                  UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
15

16  BMW of North America, LLC and          )
17  Bayerische Motoren Werke AG,           )
                                           )  Case No:
18           Plaintiffs,                   )
                                           )  **COMPLAINT FOR**
19       v.                                )  **CYBERSQUATTING,**
                                           )  **TRADEMARK**
20  Mark Wallace Malone and DealerMax,     )  **INFRINGEMENT, UNFAIR**
                                           )  **COMPETITION AND**
21           Defendants.                   )  **CONVERSION**
22                                         )

23       Plaintiffs BMW of North America, LLC and Bayerische Motoren Werke AG (collectively

24  "BMW") seek injunctive and monetary relief from Defendants Mark Wallace Malone and DealerMax

25  (collectively "Defendants") for cybersquatting, trademark infringement, unfair competition and

26  conversion with respect to Plaintiffs' "Roundel" logo, "BMW" word mark, BMW MOTORRAD word

27  mark ("motorrad" being German for "motorcycle"), and BMW Grille Design mark. As alleged more

28

HOWREY LLP

1 fully below, Defendants have violated, and continue to violate, the Trademark Act of 1946 as

2 amended, 15 U.S.C. §§ 1125, *et seq.* (the "Lanham Act"), and California law through their

3 unauthorized use of the "BMW" word mark in the domain names bayareabmw.com, bmwauto.com,

4 bmwautos.com, bmwride.com and bmwftmyers.com, and their unauthorized use of BMW's Roundel

5 logo, "BMW" word mark, BMW MOTORRAD word mark, and BMW Grille Design mark at

6 www.bmwautos.com and www.bmwride.com.

7 ## PARTIES

8     1.    Plaintiff BMW of North America, LLC ("BMW NA") is a Delaware limited liability

9 company having its principal place of business at 300 Chestnut Ridge Road, Woodcliff Lake, New

10 Jersey 07677. BMW NA is a wholly owned subsidiary of BMW (US) Holding Corporation, a

11 Delaware corporation, which is a wholly owned subsidiary of Bayerische Motoren Werke AG ("BMW

12 AG").

13     2.    Plaintiff BMW AG is a corporation organized under the laws of the Federal Republic of

14 Germany with its principal place of business at Petuelring 130, 80809 Munich, Germany. BMW AG

15 designs and manufactures motor vehicles, parts, and other products for sale in Europe and for export

16 and sale throughout the world.

17     3.    Defendant DealerMax is, upon information and belief, a California business having its

18 principal location at 1592 Union Street, Suite 123, San Francisco, California 94123. DealerMax is an

19 advertising agency that is in the business of registering and designing websites.

20     4.    Defendant Mark Wallace Malone is the CEO of DealerMax and is, upon information

21 and belief, a California resident whose primary residence is presently unknown. Upon information and

22 belief, Defendant Mark Malone has personally directed and participated in the infringing activities

23 alleged herein.

24 ## JURISDICTION AND VENUE

25     5.    This court has personal jurisdiction over Defendants because Defendants reside and

26 conduct business in the State of California.

27

28

HOWREY LLP

COMPLAINT FOR CYBERSQUATTING AND TRADEMARK INFRINGEMENT

6.     This court has jurisdiction over the subject matter of this action under 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a) and 1338(b), and has supplemental jurisdiction under 28 U.S.C. § 1367(a) over BMW's claims under California law.

7.     Venue is proper in this district under 28 U.S.C. § 1391(b), as Defendants have their primary residence and/or principal place of business in this District and, upon information and belief, a substantial part of the events or omissions giving rise to the claims occurred and is occurring in this District.

## PLAINTIFFS' USE AND REGISTRATION OF ITS FAMOUS TRADEMARKS

8.     BMW is in the business of designing, manufacturing, distributing, and servicing motor vehicles and a variety of other products under various trademarks, including the word mark "BMW" and the Roundel logo shown below:



9.     BMW NA, through itself and its predecessors-in-interest, has been the exclusive licensee and authorized user of the Roundel logo and "BMW" word mark in the United States continuously since at least as early as 1949 in connection with the sale and service of motor vehicles.

10.     Since at least 1987, BMW has used the BMW Grill Design mark in commerce in the United States continuously in connection with passenger cars and related products and services.

11.     Since at least as early as 2002, BMW has used the BMW MOTORRAD trademark in the United States continuously in connection with motorcycles and related products.

12.     Since long prior to the acts of the Defendants complained of herein, BMW has also used the Roundel logo, "BMW" word mark, BMW MOTORRAD word mark, and BMW Grille Design mark in connection with its business of manufacturing, distributing, and servicing motor vehicles and a variety of other products in the State of California.

HOWREY LLP

-3-

13.    BMW AG is the owner of the following U.S. Registrations for its Roundel logo, "BMW" word mark, BMW MOTORRAD word mark, and BMW Grille Design mark:

| Mark | Reg. No. | Reg. Date | Class: Services/Goods |
|---|---|---|---|
| | 613,465 | October 4, 1955 | Automobiles, motorcycles and parts thereof |
| | 1,170,556 | September 22, 1981 | Motor vehicle repair and maintenance services and dealership services |
| | 1,450,212 | August 4, 1987 | Automobiles, motorcycles, parts thereof, including wheels, and watches, clocks and various other goods and services |
| | 2,752,258 | August 19, 2003 | Cleaning preparations for use in the automotive field, engine oil and various other goods |
| "BMW" | 611,710 | September 6, 1955 | Automobiles and motorcycles |
| "BMW" | 1,164,922 | August 11, 1981 | Motor vehicle repair and maintenance services and dealership services |
| "BMW" | 1,627,241 | September 18, 1990 | Clothing |
| "BMW" | 2,816,178 | February 24, 2004 | Antifreeze, automobile paint, engine oils, vehicle parts and various other goods |
| BMW MOTORRAD | 3,226,368 | April 10, 2007 | Two-wheeled motor vehicles; motorized land vehicles; structural parts for the |

| Mark | Reg. No. | Reg. Date | Class: Services/Goods |
|---|---|---|---|
|  |  |  | aforesaid goods; repair and maintenance of two-wheeled motor vehicles and motorized land vehicles. |
| | 1,606,324 | July 17, 1990 | Automobiles and structural parts therefor |
| | 1,415,749 | Nov. 4, 1986 | Automobiles and structural parts therefor |

These registrations were duly and legally issued, and are valid and subsisting. Registrations 613,465; 1,170,556; 1,450,212; 611,710; 1,164,922; 1,627,241; 1,606,324; and 1,415,749 are incontestable pursuant to 15 U.S.C. § 1065.

14.   BMW AG has licensed the Roundel logo, "BMW" word mark, BMW MOTORRAD word mark, and BMW Grille Design mark to BMW NA for use in connection with the distribution and sale of the aforementioned products in the United States.

15.   BMW has expended millions of dollars in advertising efforts across the country in connection with its Roundel logo, "BMW" word mark, BMW MOTORRAD word mark, and BMW Grille Design mark. As a result of BMW's long use and promotion of these marks, BMW has established the Roundel logo, "BMW" word mark, BMW MOTORRAD word mark, and BMW Grille Design mark as famous and/or well-known and distinctive marks among American purchasers of motor vehicles, parts and accessories, as well as among members of the American public.

16.   BMW NA distributes its vehicles and provides maintenance services for its customers through nationwide networks of authorized dealers and service providers. BMW NA authorizes its dealerships to use the Roundel logo, "BMW" word mark, BMW MOTORRAD word mark, and BMW Grille Design mark in connection with the sale and/or service of BMW products.

1    17.    BMW dealers are not authorized to re-license BMW's trademarks and each is required
2  to sign a Car Center Agreement providing that the "Center acknowledges BMW's exclusive
3  ownership...of the BMW trademarks....".

4    18.    To create and maintain goodwill among its customers, BMW has taken substantial steps
5  to assure that all authorized BMW dealers and service providers using its Roundel logo, "BMW" word
6  mark, BMW MOTORRAD word mark, and BMW Grille Design mark are of the highest quality.

7    19.    Since January of 1996, BMW has used the "BMW" word mark within various domain
8  names through which customers may access its websites.  Through these websites, BMW provides a
9  wide variety of information to its customers and markets a variety of products and services.  These
10  sites are accessed through BMW's primary BMW.com domain name, in addition to other domain
11  names containing the "BMW" word mark such as BMW-service.com, bmwusa.com,
12  centralcarolinabmw.com, and bmwmotorcycles.com.  As a result, consumers have come to associate
13  BMW-composite domain names exclusively with BMW.

14    20.    One such BMW-composite domain name is bayareabmw.com.  The website at
15  www.bayareabmw.com has been used as an official BMW NA website since the Bay Area BMW
16  Dealership Association Group ("BMW DAG") paid Defendants to register and develop this website
17  for BMW in 1999.  BMW has always provided content for www.bayareabmw.com and since 2005 has
18  hosted the domain on its own servers.  Attached as Exhibit A are true and accurate excerpts of the
19  website at www.bayareabmw.com, displaying BMW trademarks and content, including information
20  regarding Plaintiff BMW NA on the "About Us" page of the website.

21    **DEFENDANTS' WRONGFUL ACTIVITIES**

22    21.    On July 6, 2007, Defendants claimed for the first time that the bayareabmw.com
23  domain name now belonged to them, and Defendants demanded that BMW NA pay an amount "in the
24  multi six figure range" to obtain ownership and continued control of the website.

25    22.    When BMW did not accede to Defendants' "multi-six figure" ransom demand for
26  bayareabmw.com, Defendants sent a letter to BMW threatening to divert traffic from the site by
27  September 20, 2007.

28

HOWREY LLP

1    23.    BMW has since discovered that Defendants have registered or "warehoused" multiple

2 other domain names incorporating the "BMW" mark, including but not limited to bmwauto.com,

3 bmwautos.com, bmwride.com, asbmwrentals.com, calbmwmotorcyclerental.com, bmwsouth.com,

4 bmwcal.com, newbmwparts.com, and bmwftmyers.com, all without authorization or permission from

5 BMW.

6    24.    Defendants have sold or are attempting to sell the above-mentioned domains to third

7 parties in bad faith. For example, Defendants attempted to auction bmwautos.com on eBay for $2,000

8 in April of 2007, and were advertising the sale of this domain at www.bmwauto.com until the

9 commencement of this dispute.

10    25.    Defendants are currently auctioning bmwautos.com at GoDaddy for $2,500.

11    26.    Upon information and belief, Defendants sold bmwsouth.com to "Texas International

12 Property Associates," a notorious cybersquatter, and sold newbmwparts.com to a domain name

13 retailer, "DotComTreasures."

14    27.    Upon information and belief, Defendants also engage in the bad faith practice of

15 "domain name tasting," or registering BMW-composite domain names without authorization and

16 testing their commercial viability with a view to selling them. Through this practice, Defendants

17 registered bmwcal.com and calbmwmotorcyclerental.com which are currently pending renewal or

18 deletion.

19    28.    Defendants are also using BMW's trademarks, including the Roundel logo, "BMW"

20 word mark, BMW MOTORRAD word mark, and BMW Grille Design mark at www.bmwautos.com

21 and www.bmwride.com, without authorization or permission from BMW. (*See, e.g.,* Exhibit B.)

22    29.    Defendants have never been authorized by BMW or any of its subsidiaries, affiliates, or

23 authorized agents to use BMW's marks in any form for Defendants' own use and enrichment.

24    30.    Defendants' unauthorized use of BMW's marks is intended to trade off the goodwill of

25 BMW's marks.

26    31.    Defendants' unauthorized use of BMW's Roundel logo, "BMW" word mark, BMW

27        MOTORRAD word mark, and BMW Grille Design mark in the manner described

28        above:

HOWREY LLP

-7-
COMPLAINT FOR CYBERSQUATTING AND TRADEMARK INFRINGEMENT

(a)     is likely to cause confusion, to cause mistake, and/or to deceive customers and potential customers of the parties, as to the origin, sponsorship, or approval of Defendants' products and/or services, or as to some affiliation, connection, or association of Defendants with BMW;

(b)     enables Defendants to trade off and receive the benefit of the goodwill BMW has built up at great labor and expense over many years, and to gain acceptance for Defendants' products and/or services not solely on their own merits, but on the reputation and goodwill of BMW, its trademarks, and its products and services;

(c)     unjustly enriches Defendants; and

(d)     unlawfully removes from BMW the ability to control the nature and quality of products and services provided under BMW's marks and places the goodwill and valuable reputation of BMW in the hands of Defendants, over which BMW has no control.

32.     BMW has been damaged and continues to be damaged by Defendants' unauthorized use of BMW's Roundel logo, "BMW" word mark, BMW MOTORRAD word mark, and BMW Grille Design mark in the manner described above.

33.     Unless these acts of Defendants are restrained by this Court, they will continue to cause irreparable injury to BMW and to the public for which there is no adequate remedy at law.

## COUNT I
## CYBERSQUATTING
**(The Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d)(1)(A))**

34.     BMW re-alleges and incorporates the allegations set forth in paragraphs 1 through 33 herein.

35.     The domain names registered and used by Defendants, including but not limited to bayareabmw.com, bmwauto.com, bmwautos.com, bmwride.com, asbmwrentals.com, calbmwmotorcyclerental.com, bmwsouth.com, bmwcal.com, newbmwparts.com, and

HOWREY LLP

-8-
COMPLAINT FOR CYBERSQUATTING AND TRADEMARK INFRINGEMENT

1  bmwftmyers.com, incorporate the "BMW" word mark.  The "BMW" word mark was famous at the

2  time Defendants registered these domain names.

3      36.    Upon information and belief, Defendants have a bad faith intent to profit from the use

4  of the "BMW" word mark in the bayareabmw.com domain name, in that their registration, trafficking

5  and use of this domain name occurred (i) with full knowledge and conscious disregard of BMW's

6  rights in the "BMW" word mark; (ii) without authorization or permission from BMW to register

7  bayareabmw.com in Defendants' own name; and (iii) with the intent to sell the domain name back to

8  BMW or its affiliates, agents, or licensees for commercial gain.

9      37.    Upon information and belief, Defendants have a bad faith intent to profit from the use

10  of the "BMW" word mark in the bmwauto.com, bmwautos.com, bmwride.com, asbmwrentals.com,

11  calbmwmotorcyclerental.com, bmwsouth.com, bmwcal.com, newbmwparts.com, and

12  bmwftmyers.com domain names, in that their registration, trafficking and use of these domain names

13  occurred (i) with full knowledge and conscious disregard of BMW's rights in the "BMW" word mark;

14  (ii) without authorization or permission from BMW; (iii) with intent to attract internet users to these

15  websites for commercial gain; and (iv) with an intent to sell the domain name to BMW or its affiliates,

16  agents, or licensees for commercial gain.

17      38.    The intentional nature of Defendants' acts complained of above makes this an

18  exceptional case under 15 U.S.C. § 1117(a).

19      39.    The aforementioned acts of cybersquatting have caused, and are causing, irreparable

20  injury to BMW.  Unless enjoined by this Court, Defendants will continue to cybersquat and cause

21  further injury to BMW for which there is no adequate remedy at law.

22                          **COUNT II**
23              **FEDERAL TRADEMARK INFRINGEMENT**
                  **(LANHAM ACT § 32, 15 U.S.C. § 1114(1))**
24      40.    BMW realleges and incorporates the allegations set forth in paragraphs 1 through 39

25  herein.

26

27

28

HOWREY LLP

COMPLAINT FOR CYBERSQUATTING AND TRADEMARK INFRINGEMENT

1    41.    Defendants are using BMW's trademarks, including the Roundel logo, the "BMW"
2    word mark, BMW MOTORRAD word mark and BMW Grille Design mark at www.bmwautos.com
3    and www.bmwride.com without authorization or permission from BMW.

4    42.    Defendants' use of the Roundel logo, "BMW" word mark, BMW MOTORRAD word
5    mark, and BMW Grille Design mark on or in connection with such goods and services is likely to
6    cause confusion, to cause mistake, or to deceive.

7    43.    The acts of Defendants complained of herein constitute use in commerce of
8    reproductions, copies, or colorable imitations of BMW's federally registered Roundel logo, "BMW"
9    word mark, BMW MOTORRAD word mark, and BMW Grille Design mark in connection with the
10    sale, offering for sale, and advertising of goods and/or services in violation of 15 U.S.C. § 1114(1).

11    44.    Defendants' acts complained of herein have been deliberate, willful, and intentional,
12    with full knowledge and in conscious disregard of BMW's rights in its marks and with intent to trade
13    off BMW's vast goodwill in its marks.

14    45.    As a result of the foregoing alleged actions of Defendants, Defendants have been
15    unjustly enriched and BMW has been injured and damaged.  Unless the foregoing alleged actions of
16    Defendants are enjoined, BMW will continue to suffer injury and damage.

17
18
19
**COUNT III**
**FEDERAL UNFAIR COMPETITION, FALSE DESIGNATION OF ORIGIN AND**
**TRADEMARK INFRINGEMENT**
**(LANHAM ACT § 43(a), 15 U.S.C. § 1125)**

20    46.    BMW realleges and incorporates the allegations set forth in paragraphs 1 through 45
21    herein.

22    47.    Defendants' unauthorized use of BMW's Roundel logo, "BMW" word mark, BMW
23    MOTORRAD word mark, and BMW Grille Design mark falsely indicates that Defendants and their
24    services are connected with, sponsored by, affiliated with, or related to BMW.

25    48.    Defendants' unauthorized use of BMW's Roundel logo, "BMW" word mark, BMW
26    MOTORRAD word mark, and BMW Grille Design mark has caused, and is likely to continue to cause
27    confusion, mistake, or deception as to the source or sponsorship of Defendants and their goods and/or
28    services.

HOWREY LLP

49.     Defendants' unauthorized use of BMW's Roundel logo, "BMW" word mark, BMW MOTORRAD word mark, and BMW Grille Design mark in connection with their goods and services allows Defendants to receive the benefit of BMW's goodwill, which BMW has established at great labor and expense, and further allows Defendants to expand their business and profits, based not on their own qualities, but on the reputation and goodwill of BMW.

50.     The acts of Defendants complained of herein constitute unfair competition and trademark infringement in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

51.     Defendants' acts complained of herein have been deliberate, willful, and intentional, with full knowledge and in conscious disregard of BMW's rights in its marks and with intent to trade off BMW's vast goodwill in its marks.

52.     As a result of the foregoing alleged actions of Defendants, Defendants have been unjustly enriched and BMW has been injured and damaged.  Unless the foregoing alleged actions of Defendants are enjoined, BMW will continue to suffer injury and damage.

### COUNT IV
### TRADEMARK INFRINGEMENT
### (Common Law of California)

53.     BMW re-alleges and incorporates the allegations set forth in paragraphs 1 through 52 herein.

54.     The acts of Defendants complained of herein constitute trademark and trade name infringement in violation of the common law of California.

55.     Defendants' use of the infringing marks as described above has caused, is causing and, unless enjoined by this Court, will continue to cause confusion and mistake in the marketplace and deception of the trade and public as to the relationship or affiliation of the parties and the source, origin, or sponsorship of their respective products and/or services.

56.     On information and belief, Defendants, with full knowledge of BMW's rights in its Roundel logo, "BMW" word mark, BMW MOTORRAD word mark, and BMW Grille Design mark, and of the valuable goodwill associated therewith, have committed the acts alleged herein willfully, with the intent to trade off, or in complete disregard of, BMW's goodwill and the goodwill associated

1 | with BMW's Roundel logo, "BMW" word mark, BMW MOTORRAD word mark, and BMW Grille
2 | Design mark.

3 |     57.    As a result of the foregoing alleged actions, Defendants have been unjustly enriched
4 | and BMW has been injured and damaged.  Unless the foregoing alleged actions of Defendants are
5 | enjoined, BMW will continue to suffer injury and damage.

6 |     58.    Defendants' use of the infringing marks as described above has impaired, is impairing
7 | and, unless enjoined by this Court, will continue to impair BMW's reputation under its trademarks and
8 | has caused, is causing and, unless enjoined by this Court, will continue to cause injury and damage to
9 | BMW for which BMW is entitled to relief under the common law.

10

11 | **COUNT V**
**CONVERSION**
**(Common Law of California)**

12

13 |     59.    BMW re-alleges and incorporates the allegations set forth in paragraphs 1 through 58
14 | herein.

15 |     60.    The acts of Defendants complained of herein constitute conversion of BMW's domain
16 | name bayareabmw.com, as BMW was dispossessed of its rightful property when Defendants refused to
17 | update the Registrant information without first attempting to extort hundreds of thousands of dollars
18 | from BMW.

19 |     61.    As a result of the foregoing alleged actions of Defendants, Defendants have been
20 | unjustly enriched and BMW has been injured and damaged.  Unless the foregoing alleged actions of
21 | Defendants are enjoined, BMW will continue to suffer injury and damage.

22 | **COUNT VI**
**UNFAIR COMPETITION**
**(California Unfair Competition Statute,**
**Cal. Bus. & Prof. Code § 17200 et seq.)**

23

24

25 |     62.    BMW re-alleges and incorporates the allegations set forth in paragraphs 1 through 61
26 | herein.

27

28

63.    The acts of Defendants complained of herein constitute unlawful and unfair competition in violation of the California Unfair Competition Statute, Cal. Bus. & Prof. Code § 17200, as they are likely to deceive and mislead the public.

64.    As a result of the foregoing alleged actions of Defendants, Defendants have been unjustly enriched and BMW has been injured and damaged.  Unless the foregoing alleged actions of Defendants are enjoined, BMW will continue to suffer injury and damage.

**COUNT VII**
**UNFAIR COMPETITION**
**(Common Law of California)**

65.    BMW re-alleges and incorporates the allegations set forth in paragraphs 1 through 64 herein.

66.    The acts of Defendants complained of herein constitute unfair competition in violation of the common law of California.

67.    As a result of the foregoing alleged actions, Defendants have been unjustly enriched and BMW has been injured and damaged.  Unless the foregoing alleged actions of Defendants are enjoined, BMW will continue to suffer injury and damage.

**PRAYER FOR RELIEF**

WHEREFORE, BMW prays that:

1.    Judgment be entered for BMW on its claims.

2.    Defendants, their agents, servants, employees, attorneys, and all others in active concert or participation with any of them, be enjoined and restrained, during the pendency of this action, and permanently thereafter, from:

(a)    using BMW's Roundel logo or BMW's Grille Design mark, or any colorable imitations thereof;

(b)    using the "BMW" word mark or BMW MOTORRAD word mark, or any colorable imitations thereof, as part of a business or domain name, or any other trademark use thereof, including but not limited to the domain names and

HOWREY LLP

-13-

1  websites at www.bmwauto.com, www.bmwautos.com, www.bmwride.com,
2  www.bmwcal.com, and www.bmwftmyers.com;

3  (c)  doing any other act or thing likely to confuse, mislead, or deceive others into
4  believing that Defendants, or their products or services, come from, or are
5  connected with, sponsored by, or approved by BMW;

6  (d)  transferring the ownership of bayareabmw.com, bmwauto.com, bmwautos.com,
7  bmwride.com, and bmwftmyers.com and any other domain name incorporating
8  BMW's trademarks, to any party other than BMW NA.

9  3.  An accounting be directed to determine Defendants' profits resulting from their

10  activities and that such profits be paid to BMW and increased as the Court finds to be just under the

11  circumstances of this case.

12  4.  Defendants be required to pay:

13  (a)  in accordance with Section 35(a) of the United States Trademark Act, 15 U.S.C.
14  § 1117(a) and (b) an award of treble Plaintiffs' actual damages (including lost
15  trademark royalties) and Defendants' profits, together with profits resulting from
16  sales by Defendants relating to its aforesaid trademark infringement and unfair
17  competition;

18  (b)  in the alternative, in accordance with Section 43(d)(1)(A) of the United States
19  Trademark Act, 5 U.S.C. § 1117(d), statutory damages of $100,000 per
20  infringing domain name registered by Defendants; and

21  (b)  Plaintiffs' reasonable attorneys' fees and costs of this action.

22  5.  Defendants, in accordance with Section 36 of the United States Trademark Act, 15

23  U.S.C. § 1118, be required to deliver to BMW for destruction all signs, labels, prints, packages,

24  bottles, receptacles, containers, advertising, or other promotional materials in Defendants'

25  possession or control bearing BMW's Roundel logo, BMW MOTORRAD word mark, BMW

26  Grille Design mark, and trademark use of the "BMW" word mark.

27  6.  Defendants, in accordance with Section 34(a) of the United States Trademark Act, 15

28  U.S.C. § 1116(a), be required to file with the Court, and serve upon Plaintiffs, within thirty (30)

1    days after the entry and service on Defendants of an injunction, a report in writing and under oath,

2    setting forth in detail the manner and form in which Defendants have complied with the terms of

3    such injunction.

4        7.  BMW recover such other relief as the Court may deem appropriate.

5    Dated: October 4, 2007                    Respectfully submitted,

6

7    OF COUNSEL:                              Robert N. Phillips, Esq.  (State Bar No. 120970)

8    Kevin J. Healy, Esq.                     Ethan B. Andelman, Esq. (State Bar No. 209101)
     BMW OF NORTH AMERICA, LLC                HOWREY LLP

9    300 Chestnut Ridge Road                  525 Market Street, Suite 3600
     Woodcliff Lake, NJ 07677                 San Francisco, CA 904105-2708

10   (201) 307-4000                           (415) 848-4900
                                              (415) 848-4999 (fax)

11   Counsel for Plaintiff

12   BMW of North America, LLC                John G. Froemming, Esq. (*pro hac vice* application
                                              to be submitted)

13                                            David M. Jaquette, Esq. (*pro hac vice* application to
                                              be submitted)

14                                            HOWREY LLP
                                              1299 Pennsylvania Avenue, N.W.

15                                            Washington, D.C.  20004
                                              (202) 783-0800

16                                            (202) 383-6610 (fax)

17
                                             Attorneys for Plaintiffs

18                                            BMW of North America, LLC
                                              and Bayerische Motoren Werke AG

19

20

21

22

23

24

25

26

27

28

-15-

COMPLAINT FOR CYBERSQUATTING AND TRADEMARK INFRINGEMENT

**EXHIBIT A**

BMW 2007



The Ultimate
Driving Machine

Home

# BMW Northern California



A newly refined interior,
Night Vision, Head-up Display
and Bluetooth® wireless technology







$0 Maintenance

BMW Financial Service

Certified Pre-Owned

Special Lease Offers

BMW Motorcycles   BMW Financial Services   BMW Group North America   BMW Group   Owners' Circle

Contact Us   About Us   Careers   Privacy Policy

© 2007 BMW of North America, LLC  10/3/2007

**BMWUSA**                                    BMW USA



The Ultimate
Driving Machine®

**About BMW**
BMW International
Vehicle Development
Financial Services
BMW Group Press Club
Careers and Training
Diversity Pledge
Philanthropy
Manufacturing

About BMW of North America

**BMW of North America, LLC  |  BMW Group in North America  |  BMW Group International  |**

BMW of North America, LLC (BMW NA) was established in 1975 as the United States importer of BMW luxury/performance vehicles. BMW of North America assumed import and distribution responsibilities for BMW motorcycles in 1980. BMW of North America also began to distribute light trucks in 1999. BMW of North America's Corporate Headquarters is located in Woodcliff Lake, New Jersey. Also in New Jersey are its Eastern Regional Headquarters and Technical Training Center in Montvale, a Parts Distribution Center in Mount Olive and a Vehicle Preparation Center in Port Jersey.

BMW of North America, LLC
300 Chestnut Ridge Road
Woodcliff Lake, NJ 07675
Call 1-800-831-1117 for Customer Relations

BMW Of Northern California - Vehicle Guide



## Model Search

**3 Series**

323i Sedan
328i Convertible
328i Sedan
328i Sports Wagon
328xi Sports Wagon
335i Sedan
335i Coupe
335xi Coupe
335i Convertible
335xi Sedan

**5 Series**

528i Sedan
528xi Sedan
535i Sedan
535xi Sedan
550i Sedan
535xi Sports Wagon

**6 Series**

650i Coupe
650i Convertible

**7 Series**

750i Sedan
750Li Sedan
760Li Sedan

**M Models**

M3 Coupe
M3 Convertible
M5 Sedan
M6 Coupe
M6 Convertible
Z4 M Coupe
Z4 M Roadster

**X3 SAVs**

X3 3.0si SAV

**X5 SAVs**

X5 3.0si SAV
X5 4.8i SAV

**Z4 Roadsters**

Z4 Roadster 3.0i
Z4 Roadster 3.0si
Z4 Coupe 3.0si

BMW Motorcycles    BMW Financial Services    BMW Group North America    BMW Group    Owners' Circle

©2007 BMW of North America, LLC. 10/3/2007

**EXHIBIT B**

