# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

### RICHARD W. WIEKING
Clerk of the Court

(415) 522-2015

January 11, 2008

To:   Ethan B. Andelman
      Robert Nathan Phillips
      Howrey LLP
      525 Market Street, Suite 3600
      San Francisco, CA 94105-2708

      David M. Jaquette
      John G. Froemming
      Howrey LLP
      1299 Pennsylvania Avenue, N.W.
      Washington, DC 20004

      Re: BMW of North America, et al. v. Mark Wallace Mallone - C07-5114 BZ

Dear Counsel:

      At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for **February 25, 2008 at 10:00 a.m.**  To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

      At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within ten days.

                        Sincerely,

                        Richard W. Wieking, Clerk
                        United States District Court

                        By:   /s/ Lashanda Scott
                              Lashanda Scott
                              Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd