# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

January 11, 2008

To:  Ethan B. Andelman
     Robert Nathan Phillips
     Howrey LLP
     525 Market Street, Suite 3600
     San Francisco, CA 94105-2708

     David M. Jaquette
     John G. Froemming
     Howrey LLP
     1299 Pennsylvania Avenue, N.W.
     Washington, DC 20004

     Re: BMW of North America, et al. v. Mark Wallace Mallone - C07-5114 BZ

Dear Counsel:

    At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for February 25, 2008 at 10:00 a.m. 4:00 p.m. To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

    At  **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within ten days.

                    Sincerely,

                    Richard W. Wieking, Clerk
                    United States District Court

                    /s/ Lashanda Scott
                    By:    Lashanda Scott
                           Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd