Robert N. Phillips, Esq. (State Bar No. 120970)
Ethan B. Andelman, Esq. (State Bar No. 209101)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 904105-2708
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMW of North America, LLC and Bayerische Motoren Werke AG,<br><br>       Plaintiffs,<br><br>  v.<br><br>Mark Wallace Malone and DealerMax,<br><br>       Defendants. | Case No. 07-cv-05114 BZ<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs BMW of North America, LLC and Bayerische Motoren Werke AG hereby notify the Court that they voluntarily dismiss the above-captioned action without prejudice.

                                       Respectfully submitted,

Dated: January 25, 2008                 */s/ Ethan B. Andelman*
                                       Robert N. Phillips, Esq. (State Bar No. 120970)
                                       Ethan B. Andelman, Esq. (State Bar No. 209101)
                                       HOWREY LLP
                                       525 Market Street, Suite 3600
                                       San Francisco, CA 904105-2708
                                       (415) 848-4900
                                       (415) 848-4999 (fax)

                                       Attorneys for Plaintiffs

HOWREY LLP

NOTICE OF DISMISSAL

DM_US:20982255_1